No. 271, Misc. KUMITIS v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 285, Misc. CRONHOLM v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se*. *William I. Siegel* for respondent.

No. 286, Misc. McINTOSH v. UNITED STATES. United States District Court for the Southern District of Ohio. Certiorari denied.

No. 293, Misc. PHILLIPS v. NEW YORK COURT OF APPEALS ET AL. Court of Appeals of New York. Certiorari denied.

No. 296, Misc. KOENIG v. CRANOR, SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 299, Misc. BANKS v. CLAUDY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 300, Misc. CALVIN v. CLAUDY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 301, Misc. STODULSKI v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 306, Misc. THOMAS v. SIMPSON, JUDGE. Supreme Court of Indiana. Certiorari denied.

No. 321, Misc. JACKSON v. CALIFORNIA ET AL. Supreme Court of California. Motion for stay of execution denied. Certiorari denied.